IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL I. WILLS                                                                            PLAINTIFF

V.                                CASE NO. 2:20-CV-2150

ENCOMPASS INSURANCE COMPANY
and ENCOMPASS INDEMNITY COMPANY                        DEFENDANTS

### JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that, for the reasons stated in the Opinion and Order filed this day, this case is **DISMISSED WITH PREJUDICE** on summary judgment.

IT IS SO ORDERED AND ADJUDGED on this 8th day of June, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE